UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CLOISTERS OF NAPLES,
INC.,

    Plaintiff,

v.                                    Case No.:  2:22-cv-546-JLB-KCD

LANDMARK AMERICAN
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**[1]

This is a Hurricane Irma insurance case based on diversity jurisdiction. For diversity jurisdiction to apply, a plaintiff must allege facts supporting "complete diversity; every plaintiff must be diverse from every defendant." *Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013).[2] If there is any deficiency in subject-matter jurisdiction, the court is constitutionally obligated to dismiss the action. *Id.* at 1269. The party seeking federal jurisdiction must prove, by a preponderance of the evidence, facts supporting

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] Unless otherwise indicated, all internal quotation marks, citations, and alterations have been omitted in this and later citations.

the exercise of jurisdiction. *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002).

Cloisters does not adequately plead diversity as to Landmark American Insurance Company, alleging "upon information and belief" that Landmark is a citizen of Oklahoma and Georgia. (Doc. 1 at 2.) But citizenship cannot be supposed, "nor supplanted by considerations of convenience and efficiency." *See Morrison v. Allstate Indem. Co.*, 228 F.3d 1255, 1261, 1273 (11th Cir. 2000) ("Jurisdiction cannot be established by a hypothetical."). To remedy this deficiency, Cloisters may file an amended complaint.

Accordingly, it is **ORDERED**:

The Cloisters of Naples, Inc., may file an amended complaint by **September 13, 2022.** Failing to do so will result in a recommendation that the complaint (Doc. 1) be dismissed without prejudice for lack of subject-matter jurisdiction.

**ENTERED** in Fort Myers, Florida this September 6, 2022.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record