IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CLOISTERS OF NAPLES, INC.

    Plaintiff,

v.

    Case No.: 2:22-cv-00546-JLB-KCD

LANDMARK AMERICAN INSURANCE COMPANY,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, THE CLOISTERS OF NAPLES, INC., and Defendant, LANDMARK AMERICAN INSURANCE COMPANY, file this Joint Notice of Settlement to advise the Court that the parties have reached an agreement contingent upon execution of a mutually agreeable release and timely payment of the settlement funds. The parties will file the appropriate dismissal documents upon confirmation that the terms of the settlement have been performed and the settlement check has cleared the banking system.

Respectfully submitted on June 27, 2023 by:

| GOEDE, DEBOEST & CROSS, PLLC | BUTLER WEIHMULLER KATZ CRAIG LLP |
|---|---|
| /s/ Kurtis J. Keefer, Esq. | /s/ Vincent A. Fernandez, Esq. |
| **KURTIS JAY KEEFER, ESQ.** | **WILLIAM R. LEWIS, ESQ.** |
| Florida Bar No.: 668011 | Florida Bar No.: 0879827 |
| kkeefer@gadclaw.com | wlewis@butler.legal |
| **AMANDA C. BROADWELL, ESQ.** | **VINCENT A. FERNANDEZ, ESQ.** |
| Florida Bar No.: 111388 | Florida Bar No.: 1004601 |

<div style="display: flex;">

<div>
abroadwell@gadclaw.com  
Secondary: jdelgado@gadclaw.com  
6609 Willow Park Drive  
Naples, FL 34109  
Telephone: (239) 331-5100  
Facsimile: (239) 260-7677  
*Attorney for Plaintiff,*  
*The Cloisters of Naples, Inc.*
</div>

<div>
vfernandez@butler.legal  
Secondary:  ebeynon@butler.legal  
                  tgarcia@butler.legal  
400 N. Ashley Drive, Suite 2300  
Tampa, Florida 33602  
Telephone:  (813) 281-1900  
Facsimile:   (813) 281-0900  
*Attorneys for Defendant,*  
*Landmark American Insurance Company*
</div>

</div>